# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Third Amended plan

DEBTOR: Rogelio Lopez        JOINT DEBTOR:                        CASE NO.: 15-18176-AJC
Last Four Digits of SS# 2767        Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $896.21 for months 1 to 60; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650 + $775 (Motion to value) = 4425 TOTAL PAID $ 1000
                       Balance Due    $ 3425  payable $ 171.25/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Green Tree Servicing, LLC        Arrearage on Petition Date   $10,137.42
Address: POB 0049                Arrears Payment    $ 168.96/month (Months 1 to 60)
Palatine, IL 60055-0049            Regular Payment   $ 408.55/month (Months 1 to 60)
Account No: 9085

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SLS<br>8742 Lucen Blvd #300<br>Littleton, CO 80129<br>Account No: xxx3147 | 940 SW 6 Street #1,<br>Miami, FL 33130<br>$98,000 | 0% | n/a | N/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None            Total Due $
                Payable   $        /month  (Months     to     )  Regular Payment $

Unsecured Creditors: Pay $ 57.83/month (Months 1 to 20) and Pay $ 229.08 /month (Months 21 to 60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bungalow Six Condo Association and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor                    Joint Debtor
Date: 6/30/2015                    Date:

LF-31 (rev. 01/08/10)