UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
ROGELIO A. LOPEZ,                               Case No. 15-18176-AJC

    Debtor.                                      Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, ROGELIO A. LOPEZ, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 4, 2015 the instant case was filed.

2. On August 26, 2015 debtor's third amended chapter 13 plan was confirmed.

3. On November 10, 2015 the secured creditor, Green Tree Servicing, LLC / DiTech Financial, LLC (Claim #1) filed a Notice of Mortgage Payment Change increasing the regular monthly payment from $408.55 to $440.05.

4. The Debtor is curing and maintaining the debt to said creditor in the plan.

5. The debtor wishes to modify the plan to allow for adequate regular payments.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 8th day of February 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161