UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 15-18176-AJC

Rogelio A Lopez

　　　　Debtor(s).                                  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 4, 2015 the instant case was filed.

2. On August 26, 2015 Debtor's Third Amended Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtors are paying Green Tree Servicing, LLC [Claim#1] (herein "Creditor") to cure and maintain the homestead property.

4. Creditor filed a notice of mortgage payment change on October 27, 2016, wherein the regular payment of the debtors' mortgage has increased.

5. Debtors desire to modify their plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on January 12, 2017: to all parties on the service list.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtors
        355 W 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*
           Robert Sanchez, Esq., FBN#0442161