UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:

Donald F. Curtis                                    CASE NO.: 16-12202-RAM
                                                    CHAPTER 13

                        Debtor(s)
_____

DEBTOR'S MOTION TO MODIFY
CONFIRMED CHAPTER 13 BANKRUPTCY PLAN

**COMES NOW**, the Debtor, Donald F. Curtis, by and though his undersigned counsel, and moves this Court for an Order Granting his Motion to Modify his Confirmed Chapter 13 Plan and in support would state as follows:

1. On February 17, 2016, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.
2. On July 21, 2016, an Order was entered confirming Debtor's Chapter 13 Plan [ECF No. 50].
3. On July 27, 2016, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust ("Creditor") filed its Proof of Claim [Claim No. 6]. Creditor is the senior lien holder on Debtor's homestead property.
4. Debtor seeks to modify his Plan to conform to Creditor's Proof of Claim as Debtor is curing the arrearages owed to Creditor.

**WHEREFORE**, the Debtor, Donald F. curtis, prays that this Honorable Court grant the relief requested based on the aforementioned grounds.

Dated this 22nd day of August, 2016.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic notice or U.S. Mail to all parties on the attached Service List, this 22nd day of August, 2016.

                                        Submitted by:
                                        Loan Lawyers, LLC

                                        /s/ Matis H. Abarbanel
                                        Matis H. Abarbanel
                                        Attorney for Debtor

                                        Florida Bar No. 130435
                                        Rachamin Cohen, Esq.
                                        Florida Bar No. 96305
                                        Loan Lawyer, LLC.
                                        2150 S. Andrews Avenue
                                        Second Floor
                                        Fort Lauderdale, FL 33316
                                        Telephone: 954-523-4357
                                        Fax: 954-581-2786
                                        Email: rocky@floridaloanlawyers.com

**<u>VIA ELECTRONIC MAIL</u>**

Connie J Delisser, Esq.     cdelisser@mlg-defaultlaw.com,
                                mlgfl-bk@mlg-defaultlaw.com
Scott C Lewis     bkfl@albertellilaw.com
Nancy K. Neidich     e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Wendy J Wasserman wwasserman@mlg-defaultlaw.com,
                                mlgfl-bk@mlg-defaultlaw.com

```
Label Matrix for local noticing          Bank of America, N.A.                    Bank of America, N.A.
113C-1                                   Marinosci Law Group, P.C.                Marinosci Law Group, P.C.
Case 16-12202-RAM                        c/o Connie J. Delisser, Esq.             c/o Wendy J. Wasserman, Esq.
Southern District of Florida             100 West Cypress Creek Road, Suite 1045  100 West Cypress Creek Road, Suit 1045
Miami                                    Fort Lauderdale, FL 33309-2191           Fort Lauderdale, FL 33309-2191
Mon Aug 22 13:29:40 EDT 2016

Miami-Dade County Tax Collector          Bank of America, N.A.                    Bk Of Amer
200 NW 2 AVE #430                        P.O. Box 31785                           4909 Savarese Cir
Miami, FL 33128-1735                     Tampa, FL 33631-3785                     Tampa, FL 33634-2413


Caliber Home Loans, Inc.                 Cbna                                     Internal Revenue Service
13801 Wireless Way                       Po Box 6283                              POB 7346
Oklahoma City, Oklahoma 73134-2500       Sioux Falls, SD 57117-6283               Philadelphia, PA 19101-7346


Marinosci Law Group, PC                  Miami-Dade County Tax Collector          Nationwide Recovery Sv
100 West Cypress Creek Road              Paralegal Unit 430                       Po Box 8005
Fort Lauderdale, FL 33309-2191           200 NW 2 Avenue                          Cleveland, TN 37320-8005
                                         Miami, FL 33128-1735


Navient                                  Navient Solutions, Inc.                  Office of the US Trustee
Po Box 9655                              P.O. Box 9640                            51 S.W. 1st Ave.
Wilkes Barre, PA 18773-9655              Wilkes-Barre, PA 18773-9640              Suite 1204
                                                                                  Miami, FL 33130-1614


Phoenix Financial Serv                   United Collection Serv                   Wells Fargo Bank, N.A
8902 Otis Ave Ste 103a                   106 Commerce St Ste 101                  Box 5058 MAC P6053-021
Indianapolis, IN 46216-1009              Lake Mary, FL 32746-6217                 Portland, OR 97208-5058


Zakheim & LaVrar, PA                     Donald Frederick Curtis                  Matis H Abarbanel
1045 S University Drive                  12841 Green Avenue                       2150 S. Andrews Avenue 2nd Floor
Second Floor                             Miami, FL 33167-1824                     Ft. Lauderdale, FL 33316-3432
Fort Lauderdale, FL 33324-3301


Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)U.S. Bank Trust, N.A.                 (u)Miami                                 End of Label Matrix
                                                                                  Mailable recipients    21
                                                                                  Bypassed recipients     2
                                                                                  Total                  23
```