# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### THIRD Modified plan

DEBTOR: Rogelio Lopez          JOINT DEBTOR: _____          CASE NO.: 15-18176-AJC
Last Four Digits of SS# 2767          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $885.49 for months 1 to 25; in order to pay the following creditors:
    B.    $900.86 for months 26 to 26; in order to pay the following creditors:
    C.    $208.27 for months 27 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to value) +525 Motion to Modify + $525
    Motion to Modify = 5475 TOTAL PAID $ 1000   Balance Due   $ 4475
    payable $ 158.00/month (Months 1 to 25)
    payable $ 525/month (Months 26 to 26)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree Servicing, LLC [Claim#1]    Arrearage on Petition Date  $10,137.42
Address: POB 0049    Arrears Payment   $ 157.43/month (Months 1 to 25)
Palatine, IL 60055-0049
Account No: 9085    Regular Payment $ 394.77 month (Months 1 to 25)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SLS<br>8742 Lucen Blvd #300<br>Littleton, CO 80129<br>Account No: xxx3147 | 940 SW 6 Street #1, Miami, FL 33130<br>$98,000 | 0% | n/a | N/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $_____
    Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 146.45/month (Months 1 to 25); Pay $ 285.77/month (Months 26 to 26); and Pay $ 187.44/month (Months 27 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bungalow Six Condo Association and will continue to pay said creditor directly outside the chapter 13 plan.  The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

"The debtor has filed a Verified Motion for Referral to MMM with  DiTech Financial, LLC / Green Tree Servicing LLC [POC#1]("Lender"), loan number  xxx8306 , for real property located at   5981 SW 19 Street, Miami, FL 33155. On June 7, 2017, the mediator issued the final report indicating that an agreement was not reached. The debtor surrenders and abandons the real estate property located at 5981 SW 19 Street, Miami, FL 33155 financed with DiTech Financial, LLC / Green Tree Servicing LLC [Claim#1] and  The Bank of New York Mellon, Trustee (See B10) c/o Specialized Loan Servicing LLC [Claim#4] .

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 6/22/2017                                      Date: _____

LF-31 (rev. 01/08/10)