**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 2nd  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Donald F. Curtis          JOINT DEBTOR:  N/A          CASE NO.:  16-12202-RAM

Last Four Digits of SS#  9622          Last Four Digits of SS#  N/A

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan (Case Filed 2/17/16):

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | $ | 638.78 | for months | 1 | to | 6 ; |
| B. | $ | 1,493.56 | for months | 7 | to | 7 ; |
| C. | $ | 779.47 | for months | 8 | to | 14 ; |
| D. | $ | 693.54 | for months | 15 | to | 60 ; in order to pay the following creditors: |

Administrative:  Attorney's Fee - $3,650.00 + $525.00M4Guardian + $525.00M2Mod = $4,700.00   TOTAL PAID $   1,152.00

Balance Due  $  3,548.00  payable $  251.91  /month  (Months  1  to  6 )
$  254.56  /month  (Months  7  to  14 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| U.S Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | | | | | |
|---|---|---|---|---|---|
| | | Arrearage on Petition Date | $ | 3,959.69 | |
| | c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124 | Arrears Payment $ | 93.60 /month | (Months 1 to 6) | |
| Address: | | | $ | 62.93 /month | (Months 7 to 60) |
| Account No: | 0135 | Regular Payment $ | 266.64 /month | (Months 1 to 6) | |
| | | | $ | 1,026.71 /month | (Months 7 to 7) |
| | | | $ | 384.03 /month | (Months 8 to 60) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| - NONE - | $ 0.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

| 1. - NONE - | Total Due | $ | 0.00 | | |
|---|---|---|---|---|---|
| | Payable | $ | 0.00 /month | (Months 0 to 0)  Regular Payment $  N/A | |

Unsecured Creditors:  Pay $ 177.23 /month (Months  15  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Bank of America, Account No. 2299 -** Debtor is current with **Bank of America** for real property located at 12960 W. Golf Drive, Miami, FL 33167, and will continue to pay directly, outside of Plan.

**IVL** – The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Filed ECF
_____
Matis H. Abarbanel, Esq. with knowledge
and consent of the Debtor, Donald F. Curtis

Date:   September 26, 2016
        _____